PROB 12C  
(7/93)

Report Date: September 17, 2015

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jerrel Lee Charles | Case Number: 0980 2:12CR02083-EFS-1 |

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 19, 2013

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation-Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 1153 & 113 (a) (6) | |
| Original Sentence: | Prison 37 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 19, 2015 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: August 18, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Charles tested positive for Marijuana and Amphetamines on August 25, September 4, and September 15, 2015.

Mr. Charles has admitted to the illegal drug use on the dates noted above.  Mr. Charles submitted a random drug test on September 9, 2015, which tested negative for drug use.  His positive drug test on September 15, 2015, is a result of his continued use.

| | |
|---|---|
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence**: Mr. Charles failed to submit his monthly report as directed within the first 5 days for the month of September 2015.

        On September 11, 2015, a late monthly report was sent to Mr. Charles reminding him of his reporting instructions. Attached to this notice was a report form directing him to fill out the monthly report and return it to the probation office. As of September 16, 2015, Mr. Charles has failed to submit his monthly report form as directed.

3      **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

      **Supporting Evidence**: Mr. Charles has failed to obtain a drug and alcohol assessment at Merit Resource Service (Merit) as directed as of September 16, 2015.

      On August 25, and again on August 26, 2015, Mr. Charles was directed to obtain a drug and alcohol assessment at Merit. He agreed to obtain the assessment and that he would follow recommended treatment. According to Merit staff, Mr. Charles has yet to obtain an assessment as of September 16, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 17, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

September 17, 2015

Date